GOLDSMITH & BURNS
ATTORNEY FOR THE PLAINTIFF
18425 BURBANK BLVD., SUITE 708
TARZANA, CA  91356
818-708-2585
Attorneys for the Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
JUL 21 1993
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
   Plaintiff,

v.

MARILYN KRAWCZYK
A/K/A J. FRITZ, MARILYN

   Defendant(s).
_____/

COURT NO: 93A 30093

DEFAULT JUDGMENT

ENTERED
CLERK, U.S. DISTRICT COURT
JUL 21 1993
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from MARILYN KRAWCZYK

the sum of $2,666.43 as principal, $2,300.28 as accrued prejudgment interest, $140.00 administrative charges, and $20.00 costs, plus $460.00 attorney fees for a total amount of $5,586.71, plus interest from JULY 16, 1993 at the rate of $.66 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JUL 2 1 1993

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____ *R. L. BYER* _____
      Deputy Clerk